COHEN v. MANGUM, sheriff.

ATKINSON, J. 1. Under the ruling in the case of *Loeb* v. *Mangum*, 134 *Ga* 335 (67 S. E. 882), there was no error in refusing to discharge the prisoner on the hearing of the application for habeas corpus.

*Judgment affirmed.  All the Justices concur.*

JUNE 24, 1910.

Habeas corpus.  Before Judge Pendleton.  Fulton superior court.  November 25, 1909.

*F. M. Hughes* and *Morris Macks*, for plaintiff.

*Daley, Chambers & Smith*, for defendant.